IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 15 C 9237 |
| INDUSTRIAL CONSTRUCTION SERVICES, INC., an Illinois corporation, | ) ) ) ) | JUDGE REBECCA R. PALLMEYER |
| Defendant. | ) | |

**AGREED MOTION**
**FOR ENTRY OF JUDGMENT**

Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.* and Defendant, INDUSTRIAL CONSTRUCTION SERVICES, INC., by and through their attorneys, hereby move this Court for entry of an Agreed Judgment Order, a copy of which is attached as an Exhibit hereto.

Respectfully submitted,

| | |
|---|---|
| Iron Workers' Mid-America Pension Plan, *et al.* | Industrial Construction Services, Inc., |
| /s/ Patrick N. Ryan | /s/ Julie L. Galassi |
| One of the Attorneys for the Plaintiffs | One of the Attorneys for the Defendant |
| Patrick N. Ryan | Julie L. Galassi |
| Baum, Sigman, Auerbach & Neuman, Ltd. | Hasselberg, Rock, Bell & Kuppler LLP |
| 200 W. Adams Street, Suite 2200 | Suite 200, Associated Bank Building |
| Chicago, IL 60606 | Peoria, IL 61614 |
| (312) 236-4316 | (309) 688-9430 |
| pryan@baumsigman.com | jgalassi@hrbklaw.com |

I:\MIDJ\Industrial Construction\mot.agreed judgment ord.pnr.kp.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 4th day of May 2016 he electronically filed the foregoing document (Agreed Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Julie L. Galassi<br>
Hasselberg, Rock, Bell & Kuppler LLP<br>
Suite 200, Associated Bank Building<br>
Peoria, IL 61614<br>
(309) 688-9430<br>
jgalassi@hrbklaw.com

                                                         /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
I:\MIDJ\Industrial Construction\mot.agreed judgment ord.pnr.kp.wpd